WILLIAM PIZZIMENTI, Respondent, v. THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Order denying motion of defendant, appearing specially, for an order setting aside the service of the summons, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within five days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

NIEL SORENSON, Respondent, v. BEN RING, Appellant, Impleaded with Others.— Order granting motion of defendant-appellant to dismiss the complaint for unreasonable neglect to proceed, unless the note of issue is served for the February, 1936, term, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of ISAAC SCHMAL, an Attorney.—Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of JACOB BRAUN, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of MAX FRIEDMAN, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of ARTHUR M. POST, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of NATHAN H. REICH, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ROBERT SEELAV, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of JAY BENJAMIN VAN VEEN, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of JACOB GRUDBERG, an Attorney.— Motion for a reargument or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of MICHAEL E. REIBURN (Formerly MICHAEL E. REITZENBERG), an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

AUDREY FREUDENBERG, an Infant, by MEYER FREUDENBERG, Her Guardian ad Litem, and MEYER FREUDENBERG, Appellants, v. S. CARLYLE TRATTLER, Respondent.— Order denying plaintiffs' motion to resettle an order granting defendant's motion for an order directing consummation of the settlement of the above-entitled action reversed, with twenty dollars costs and disbursements to the appellants, upon the condition stated in order; otherwise, affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY.— Motion for leave to appeal to the Court of Appeals, or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.